**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   10-cv-02125-LTB-CBS

TABITHA OLIVAS,

      Plaintiff,

v.

WAL-MART STORES, INC.,

      Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 20 - filed February 24, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   February 25, 2011